**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPAINT AND WARRANT**

I, Richard Dalley, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent / Certified Fire Investigator Candidate ("SA/CFIC") for the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since March of 2019. I have completed the Criminal Investigator Training Program and ATF Special Agent Basic Training at the Federal Law Enforcement Training Centers in Glynco, Georgia where I received training in the investigation of federal crimes involving firearms, narcotics, arson, and explosives. I am currently assigned to ATF Philadelphia Group II, which is an arson and explosives investigative group, whose primary responsibilities include investigating federal crimes related to arson and explosives. I am also a member of the ATF Philadelphia Arson and Explosives Task Force, consisting of entities from ATF, the Philadelphia Police Department ("PPD"), the Philadelphia Fire Department ("PFD") Fire Marshal's Office ("FMO"), and others.

2. The contents in this affidavit are the result of my observations, the observations of other law enforcement officers and witnesses, the observations and opinions of officers, agents, and fire investigators who are experts in the investigation of arson and explosives, and my experience and background as an ATF Agent. Because this affidavit is being submitted for the purpose of obtaining authorization for an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Vincent LANG (hereinafter, "LANG") has committed a violation of Title 18, United States Code, Section 844(i) (maliciously damaging or destroying by means of fire any building or property used in interstate commerce, or attempting to do so) by using

1

fire to attempt to damage and destroy the Northeast Philadelphia Islamic Center, a mosque located at 1421 Tyson Avenue, Philadelphia, Pennsylvania, on or about July 5, 2026.

## **PROBABLE CAUSE**

### Initial Incident Response and Scene Examination

3. On July 5, 2026, at approximately 2:06 a.m., personnel from PPD and PFD were dispatched and responded to the Northeast Philadelphia Islamic Center located at 1421 Tyson Avenue for the report of a dwelling fire. The fire was extinguished and the assistance of the ATF Philadelphia Arson and Explosives Task Force was requested. Personnel from the PFD FMO Special Investigations Unit ("SIU") responded as part of the task force.

4. The property was described as a two-story structure, measuring approximately 30 feet by 65 feet. It was under active construction at the time of the incident, as an addition was being constructed on the southeast side of the building. On the side of the structure facing the street, there was an enclosed porch entryway. Beyond the entryway, there was a porchfront with access to the main structure.



*Sketch of the affected structure overlaid on a Google Maps rendering of the 1400 block of Tyson Avenue*

5. Investigators determined the area of origin was the left side of the entryway when looking from the street. An Ignitable Liquid Detection Canine[1] ("ILDC") was deployed and positively indicated for the presence of ignitable liquid(s) in the area of origin. A sample of carpet, melted plastic believed to be the remnants of a plastic bottle or bottles, and brown paper were collected from the area of origin and sent to the ATF Fire Research Laboratory ("FRL") for chemical and forensic analyses. The PFD FMO determined the cause of the fire was incendiary.

<u>Preliminary Surveillance Footage Review</u>

6. After the initial scene examination, surveillance footage from the facility was sent to investigators from a member of the center. The footage showed an unidentified individual approaching the Islamic Center while carrying a bag containing suspected ignitable liquid(s) and/or explosive material.[2]

7. Other camera angles show the individual opening the door to the entryway, and the bag beginning to glow from fire as the individual tossed it into the front entryway of the building before fleeing the area. Video showed the fire within the bag spreading throughout the entryway. The location on the floor where the device landed was the same area in which the ILDC positively indicated for the presence of ignitable liquid(s) among the burned carpet and melted plastic believed to be the remnants of a plastic bottle or bottles.

---

[1] The ILDC and handler that were used during this investigation were certified on November 7, 2025, after completing the ATF training in Front Royal, Virginia.

[2] The fire debris collected from the area in which the device landed was sent to the ATF FRL for chemical analysis. The debris tested positive for the presence of gasoline on July 14, 2026. The testing for explosive residue is pending results.

<u>Telephonic Interview of PFD Lieutenant</u>

8. On July 7, 2026, investigators telephonically interviewed a Lieutenant with PFD who responded to the fire on July 5, 2026. At approximately 2:00 a.m., his company was dispatched to the intersection of Castor Avenue and Tyson Avenue for the report of a dwelling fire. Upon the arrival of Engine 71, the Lieutenant observed fire in the front entryway of 1421 Tyson Avenue. The door to the entryway, described as an enclosed porch, was unlocked. The Lieutenant stated his company entered through the unlocked door of the enclosed porch and found fire on the left side of the space when looking from the street, consistent with the area observed on video that showed the fire spreading. The fire was extinguished without incident and no injuries or fatalities were reported.

9. The Lieutenant stated the door from the entryway to the porchfront was locked, as was the door from the porchfront to the interior of the dwelling. PFD personnel forced entry though both of those doors to check for fire extension into the dwelling. The interior of the dwelling was found to be undamaged and unoccupied. The remainder of the exterior doors were secure.

<u>Review of Northeast Philadelphia Islamic Center Surveillance Footage</u>

10. On July 7, 2026, investigators recovered video footage of the incident from the center's digital video recorder ("DVR"). Footage from cameras labelled "CAM 2", "CAM 3", and "CAM14" was reviewed. The approximate locations and perspectives of each camera are detailed below.



*Sketch of the affected structure with approximate locations and perspectives of relevant surveillance cameras*

4

11. In summary, footage from the surveillance cameras showed a light-skinned male, identified herein as SUBJECT 1, wearing a dark-colored sweatshirt with a light-colored Nike logo, dark-colored pants, dark-colored shoes, and dark-colored gloves, approaching the front of the affected structure, opening the door to the entryway, igniting a suspected improvised incendiary device,[3] throwing the device inside, and then leaving the area. The device then functioned and caused a flash fire[4] in the entryway.

12. The times listed below are accurate and account for the offset[5] of the timestamps in the video footage. Video review from CAM 2, CAM 3, and CAM 14 showed the events that occurred on July 5, 2026, as detailed below:

02:01:00     CAM 2 showed SUBJECT 1 walking east on the north sidewalk of the 1400 block of Tyson Avenue approaching 1421 Tyson Avenue, the affected premises. The individual was holding a plastic or paper bag in his left hand.

---

[3] National Fire Protection Association 921 – Guide for Fire and Explosion Investigations (2024 edition) §23.2.6 states, in part, that an incendiary device is "a term used to describe a wide range of mechanisms used to initiate an incendiary fire." Section 3.3.124 defines an incendiary fire as "a fire that is intentionally ignited in an area or under circumstances where and when there should not be a fire."

[4] National Fire Protection Association 921 – Guide for Fire and Explosion Investigations (2024 edition) §3.3.94 defines a "Flash fire" as, "A fire that spreads by means of a flame front rapidly through a diffuse fuel, such as a dust, gas, or the vapors of an ignitable liquid, without the production of damaging pressure."

[5] As the date and time could not be normalized on the affected DVR, the date and time were normalized using a City of Philadelphia Real Time Crime ("RTC") camera located at the intersection of Tyson Avenue and Castor Avenue. RTC cameras are located throughout the city and are owned and operated by the City of Philadelphia for use in assisting in police investigations and crime reduction. The RTC camera showed an initial bright flash of light emanating from the entryway of the affected premises at 02:01:32 on July 5, 2026, consistent with what was observed on CAM 2, CAM 3, and CAM 14 with a listed time of 18:24:41 and date of July 3, 2026. As the RTC camera date and time were deemed accurate, it was determined that the affected premises' camera system was approximately one day, seven hours, 40 minutes, and 51 seconds slow.

The bag was believed to be or to contain an improvised incendiary device. SUBJECT 1 turned and walked through the opening in the wall between the sidewalk and the affected property. [Video timestamp 7/03/2026 18:24:09]

02:01:13    CAM 14 showed SUBJECT 1 approach and open the entryway door from the building's exterior. He appeared to ignite the device he was holding as he stood in the open doorway. Once the device was ignited, SUBJECT 1 threw it into the entryway. SUBJECT 1 then turned and walked back towards sidewalk. The device was on fire as it was thrown into the space, and ignited remnants of the device were falling to the ground. The device landed on the floor, and the interior was glowing. [Video timestamp 7/03/2026 18:24:22]

02:01:17    CAM 2 showed SUBJECT 1 walking from the entryway empty-handed, proceeding through the opening in the wall between the sidewalk and the affected property, and then proceeding to walk west on the north sidewalk of the 1400 block of Tyson Avenue, the same direction from which he initially came. [Video timestamp 7/03/2026 18:24:26]

02:01:26    CAM 3 and CAM 14 showed the glow from the interior of the device momentarily become brighter. [Video timestamp 7/03/2026 18:24:35]

02:01:32    CAM 3 and CAM 14 showed a bright flash of light followed by a flash fire in the area where the device landed on the floor. [Video timestamp 7/03/2026 18:24:41]

02:01:56    CAM 3 and CAM 14 showed another bright flash of light followed by the presence of a large blue flame. [Video timestamp 7/03/2026 18:25:05]

02:01:57        CAM 3 and CAM 14 showed the fire as it continued to progress. [Video

timestamp 17/03/2026 8:25:06]



*Screenshot from CAM 2 depicting SUBJECT 1 approaching the affected premises with a cropped portion of the screenshot outlined in red [True time 7/05/2026 02:01:01]*



*Screenshot from CAM 14 depicting SUBJECT 1 in the doorway of the entryway as he ignited the device with a cropped portion of the screenshot outlined in red [True time 7/05/2026 02:01:14]*



*Screenshot from CAM 14 depicting SUBJECT 1 in the doorway of the entryway just after he threw the ignited device into the entryway with a cropped portion of the screenshot outlined in red [True time 7/05/2026 02:01:15]*



*Screenshot from CAM 3 depicting the device on the floor of the entryway with a cropped portion of the screenshot outlined in red [True time 7/05/2026 02:01:19]*



*Screenshot from CAM 3 depicting the moment after the device seemingly functioned [True time 7/05/2026 02:01:33]*

9

Interview with a member of Leadership of the Northeast Philadelphia Islamic Center

13. On July 7, 2026, investigators interviewed a member of the leadership of the Northeast Philadelphia Islamic Center. This individual stated the facility was a mosque that opened at 1421 Tyson Avenue in 2005. The mosque conducted prayer services five times daily and held a children's worship camp in the summer. The mosque was undergoing construction at the time of the incident, as they were building an addition on the east side of the premises. Information provided was that nobody resided at the facility, and that it was unoccupied when the fire occurred.

Interview of 9-1-1 Caller

14. On July 7, 2026, investigators interviewed the person who initially called 9-1-1 regarding the fire. This individual was driving at the intersection of Tyson Avene and Castor Avenue when the individual heard "little pops" that the individual initially thought were fireworks. The caller observed a "yellowish orange" coming from the front entryway of 1421 Tyson Avenue. The caller parked, approached the structure, and began knocking on the doors to see if anyone was inside because there were lights on inside and the air conditioner was running. As this individual was doing so, he/she stated the fire grew rapidly. He/she stated two unknown males also stopped to assist. After knocking on the doors, this individual called 9-1-1 and remained on location with the two males until the fire department arrived.

Information Received by ATF

15. On July 7, 2026, investigators received information about a possible suspect, who was ultimately identified as Vincent LANG.[6] The information relayed was that LANG drove a

---

[6] This information was received from an individual who has been identified by law enforcement, and whose identity is withheld here to protect the individual's safety.

black Hyundai Santa Fe bearing Pennsylvania registration XXXX181,[7] and that there was handwritten anti-Islamic rhetoric on the rear window. The information also relayed that LANG was outspoken in his anti-Islamic and other racist views, and had discussed using fire to damage mosques. The information provided was that LANG had also admitted to causing the fire at the Northeast Philadelphia Islamic Center.

Identification of Vincent LANG

16. Investigators queried Pennsylvania registration XXXX181 in the Pennsylvania Department of Transportation ("PennDOT") database. The vehicle, a 2009 Hyundai Santa Fe, was registered to "Vincent J. Lang" of the 3100 block of Longshore Avenue, Philadelphia, Pennsylvania. A subsequent query identified LANG as a 60-year-old white male with a date of birth in November 1965. In his driver's license photograph, taken on November 8, 2025, LANG had a mustache and long grey hair. His listed height was 5' 09.

17. On July 8, 2026, at approximately 7:15 a.m., investigators observed the Santa Fe parked in the rear driveway of the LANG's house, which was approximately 1.8 miles driving distance from the Northeast Philadelphia Islamic Center. The vehicle was backed into the spot, so the license plate was not immediately visible. At approximately 8:26 a.m., Investigators observed LANG exit the rear of the residence and enter the vehicle. LANG then pulled out of the driveway and proceeded north onto Sackett Street. When the Santa Fe exited the driveway, investigators observed the registration affixed to the rear of the vehicle and confirmed it was Pennsylvania registration XXXX181. Investigators observed anti-Islamic verbiage handwritten on the rear window of the vehicle.

---

[7] The full registration is known to law enforcement, but redacted for purposes of this warrant.

11

18. On July 13, 2026, at approximately 7:55 a.m., investigators observed the black Santa Fe parked in the rear driveway of LANG's house. Investigators observed LANG exit the rear of the residence and enter the vehicle. LANG then pulled out of the driveway and proceeded north onto Sackett Street. Anti-Islamic verbiage was handwritten on the rear and passenger side windows, including phrasing such as "Fuck Allah", "Fuck Islam", and "White Pride". The writing on the passenger side appeared new, as investigators had not previously observed it.



*Photograph of the LANG entering his vehicle taken by investigators on July 13, 2026, with his face enlarged and outlined in red (middle) and his Pennsylvania Driver's License photo taken on November 8, 2025 outlined in red (left)*



*Photograph of LANG's vehicle taken by investigators on July 13, 2026, with the rear passenger side window enlarged and outlined in red*



*Photograph of LANG's vehicle taken by investigators on July 13, 2026*

19. Open-source research into the stickers on the back of LANG's vehicle indicates one likely says "Federal Terrorist Hunting License" and the other likely says "America's Original Homeland Security" with two rifles crossed and a skull. Since LANG presumably drew arrows from the

statement "FUCK ISLAM" to these stickers, it is further evidence of the LANG's hatred for

Islam and his desire to intimidate the Muslim community.



*Enlarged portion of a photograph of LANG's vehicle taken by investigators on July 13, 2026*



*Open-source photo of the first sticker believed by investigators to be on the rear of LANG's vehicle*



*Enlarged portion of a photograph of LANG's vehicle taken by investigators on July 13, 2026*



*Open-source photo of the second sticker believed by investigators to be on the rear of the SUBJECT VEHICLE*

<u>Identification of LANG's Phone Number</u>

20. Investigators checked multiple open-source and law enforcement databases, which attributed T-Mobile phone number (XXX) XXX-0125[8] to LANG. T-Mobile has since confirmed that this phone number is registered to LANG. A federal search warrant was granted requesting historical location information pertaining to LANG's cellular phone.

---

[8] The complete cell phone number is known to law enforcement but redacted for purposes of this warrant.

<u>Historical Location Data of LANG's Phone</u>

21. On July 14, 2026, T-Mobile provided historical location data pertaining to the phone number ending in 0125. The data that was provided indicated the device was an Apple iPhone X. The data showed that the device was in the area of LANG's house before the incident occurred on the morning of July 5, 2026.

22. On that same morning, the data showed the device in the area of the affected mosque at approximately 1:29 a.m. The data showed the device was still present in that area at approximately 1:36 a.m.

23. There was no data available between 1:36 a.m. and 2:22 a.m., however, at 2:22 a.m., the device was in the area of Torresdale Avenue and Bridge Street (approximately two miles driving distance south of LANG's residence). It continued to the area of Kensington Avenue and Lehigh Avenue, where it remained until it returned to the area of LANG's residence at approximately 5:45 a.m.

<u>Identification of Possible Facebook Account Used by LANG</u>

24. A Facebook profile without a profile photo and a username of an unknown female was located by investigators, and is believed to be in use by LANG. The account was attributed to LANG based on a March 8, 2025 post, included a caption that read, "Looking for someone to go out and have drinks with preferably weed friendly. Ne Philly or downtown. Any girls free tonight". The post included two photographs – one of which depicted LANG and the other depicted a male holding a large fish.

25. On July 10, 2026, a post was created by the same account that read, "We as Americans need to start playing the Islamic game back 1 use the term amerifobia against them they are amerifobic Islamist right.2 as they burn churches across Europe and America 2 more in ny yesterday burn

16

these mosques with mozzeltof cocktails or whatever because obviously it's ok. 3 harassing them every time there is a call to prayer interrupt it anyway you can. It's a start. Philly was the first city to burn a mosque birth place of America rightfully so in my book. Mask up cover your hands and do it fuck men of America grow some balls before they take the. And do evil things to your family if you ignore Europe and Ireland and Frank rape gangs just torturing white Christian girls. In some of the most hanis ways. Nailing a young girl's tongue to a wall so she can do anything then 6 niggers rape the shit out of her this is our kids future. Wake up white Americans do to them what they are doing to us now".

26. Further, this identified account posted multiple comments on posts of the surveillance video of the mosque affected by the incident under investigation. One comment stated, "How can it be a hate crime they might have done it out of love [red heart emoji]. Love for country and love for the children of the neighborhood. House full of Muslims all men predators right between 2 elementary schools. Wait till the new one goes up see how long it lasts [crying laughing emoji]". A second comment by the same account stated, "Well 2 churches in ny we're just burned it looks like we need to burn 2 mosques in response. Are there any other people with balls like this guy. Please stand up for this type shit from these people but these people standing up for Muslims are not here for helping Americans so take them out [thumbs up emoji] [a red heart emoji] [three fingers crossed emojis]".

Additional Video Recovery

*Real Time Crime Camera Footage*

27. City of Philadelphia RTC Camera footage was obtained from the night of the fire. An RTC camera located at the intersection of Tyson Avenue and Sackett Street captured a black, four-door, sport utility vehicle ("SUV") stopped at a red light northbound on Sackett Street approaching Tyson Avenue at 1:26 a.m., about 35 minutes before the incident occurred.

28. The license plate of the vehicle depicted in the RTC footage was not clear due to lighting conditions, however, the vehicle shared consistencies with LANG's vehicle. The consistencies, marked below, included grey six-spoke rims (red arrow), the appearance of the c-pillar (blue arrow), the roof rack (yellow arrow), and the trim at the bottom of the doors (green arrow).



*Photograph of LANG's vehicle (with the plate redacted)) and RTC screenshot of the vehicle described above at 1:26 a.m. on the morning of the incident (RIGHT)*

29. According to Google Maps, the most direct route from LANG's house to the Northeast Philadelphia Islamic Center would be to exit the rear driveway onto Sackett Street, and then proceed north on Sacket Street, making a left onto Tyson Avenue. On July 8, 2026, investigators observed LANG operating his vehicle as he exited the rear driveway of his house and proceeded north on Sackett Street towards the intersection with Tyson Avenue.

*3100 Block of Glenview Street*

30. Video footage from a property on the 3100 block of Glenview Street was recovered by investigators. The footage was from the morning of the incident at 2:09 a.m. and depicted a black SUV travelling east in the vehicular alleyway between the 3100 blocks of Glenview Street and Longshore Avenue in the direction of the rear driveway of LANG's home. The vehicle was traveling too quickly to note any distinctive characteristics, except for the body color, the grey rims (blue arrows in the figure below), and the location of the taillights (red arrows in the figure below), all of which were consistent with the description of LANG's vehicle. The time that the vehicle was observed was approximately eight minutes after SUBJECT 1 fled the scene of the incident.



*Photograph of LANG's vehicle taken on July 8, 2026 (LEFT) and screenshot of block of 3100 Glenview Street footage from alleyway between Glenview Street and Longshore Avenue at 2:09 a.m. on the morning of the incident (RIGHT)*

31. Video footage from a second property on the 3100 block of Glenview Street was recovered by investigators. The footage was from the morning of the incident at 2:09 a.m. and depicted a black SUV travelling east in the vehicular alleyway between the 3100 blocks of Glenview Street and Longshore Avenue in the direction of the rear driveway of LANG's home. The vehicle was traveling too quickly to note any distinctive characteristics, except for the body color, the grey rims (green arrows in the figure below), and the location of the taillights (blue

arrows in the figure below), all of which were consistent with the description of the SUBJECT VEHICLE. The time that the vehicle was observed was approximately eight minutes after SUBJECT 1 fled the scene of the incident.



*Photograph of the LANG's vehicle(LEFT) and screenshot of block of 3100 Glenview Street footage from alleyway between Glenview Street and Longshore Avenue at 2:09 a.m. on the morning of the incident (RIGHT)*

<u>Interstate Nexus of Northeast Philadelphia Islamic Center</u>

32. A member of leadership of the Northeast Philadelphia Islamic Center has confirmed that the materials used for the construction project on the affected premises were purchased from a store located in Sewell, New Jersey. A receipt for materials purchased as recently as June 25, 2026 in New Jersey was provided to investigators. This individual further stated that the Northeast Philadelphia Islamic Center routinely had personnel from other countries come to the center as guest speakers.

<u>Summary</u>

33. In summary, an incendiary fire was caused at the Northeast Philadelphia Islamic Center, located at 1421 Tyson Avenue, on July 5, 2026. Information was provided to investigators about Vincent LANG, indicating LANG holds anti-Islamic beliefs and is outspoken of those beliefs. LANG also has handwritten anti-Islamic rhetoric on the rear window of his vehicle.

34. A Facebook post made on July 10, 2026 from the account believed to be attributed to LANG also expressed anti-Islamic sentiment. The Facebook account that made these posts has also posted comments on social media posts related to the incident under investigation, continuing to espouse anti-Islamic rhetoric.

35. Surveillance footage from multiple sources in the area between LANG's house and the Northeast Philadelphia Islamic Center from the time before and after the incident was reviewed by investigators. RTC video showed a vehicle matching the description of LANG's vehicle traveling between his house and the mosque approximately a half hour before the incident occurred. Residential surveillance footage from the vehicular alleyway behind LANG's house showed a vehicle matching the description of his vehicle driving at a high rate of speed in the direction of his house approximately eight minutes after the incident occurred.

36. Historical location data of LANG's phone showed it was in the area of his house before the incident occurred on July 5, 2026. The device was then in the area of the affected mosque between 1:29 a.m. and 1:36 a.m., approximately 25 minutes before the occurrence of the subject fire. There was no location data available from then until 2:22 a.m., when it was then in the area of Bridge Street and Torresdale Avenue. LANG's phone, after travelling to the Frankford and Kensington neighborhoods, returned to the area of his house at approximately 5:45 a.m. that morning.

37. It is therefore believed by investigators that on the morning of July 5, 2026, LANG, motivated by anti-Islamic ideology, left his house, and drove his vehicle to the area of the Northeast Philadelphia Islamic Center. It is believed that LANG, dressed in black, wearing a mask and gloves, ignited an improvised incendiary device, which he then threw into the entryway of the

mosque. The device functioned, causing a fire inside of the structure, while LANG fled the area and drove his vehicle back to his house.

38. The presence of LANG's phone in the area of the crime scene at approximately 1:29 a.m. was consistent with his vehicle being in the area of Sackett Street and Tyson Avenue approximately three minutes earlier (as depicted by RTC footage). Considering the lack of location data between 1:36 a.m. and 2:22 a.m., and then data showing LANG's phone traveling to the Frankford and Kensington neighborhoods, it is believed that after LANG fled the scene, he briefly stopped at his house (as indicated by surveillance video in the alleyway) before leaving the area until returning home at approximately 5:45 a.m.

## CONCLUSION

39. Based on the facts set forth in this affidavit, there is probable cause to believe that Vincent LANG violated Title 18, United States Code, Section 844(i) (maliciously damaging or destroying by means of fire any building or property used in interstate commerce) by using fire to attempt to damage and destroy the Northeast Philadelphia Islamic Center, a mosque located at 1421 Tyson Avenue, Philadelphia, Pennsylvania.

_/s Richard Dalley_____

Richard Dalley
Special Agent, ATF

Sworn and subscribed to by telephone pursuant to
Fed. R. Crim. P. 4.1 and 41(d)(3)
this __15th___ day of July 2026.

_/s/ Jose R. Arteaga, USMJ_____
Honorable José Raúl Arteaga
United States Magistrate Judge

22