IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

      v.                  :          MAGISTRATE NO. 26-MJ-1378

CERTAIN PERSONS          :

**<u>ORDER</u>**

AND NOW, this <u>15th</u> day of <u>July</u>, 2026 upon application of the United States Attorney that the complaint, warrant and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, said motion is hereby GRANTED and it is

ORDERED

that the complaint, warrant and affidavit, and corresponding docket entries, in the above-mentioned case are hereby IMPOUNDED and to be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendant has been arrested, except that the Clerk of Court is authorized to provide two certified copies of the warrant to the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms, and Explosives.  The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Amanda R. Reinitz, Assistant United States Attorney.

IT IS FURTHER ORDERED THAT the complaint, warrant and affidavit, and corresponding docket entries, shall be unimpounded immediately upon notification by the United States Attorney, or his representative, that the defendant has been arrested or upon further order of the Court.

BY THE COURT:

/s/ Jose R. Arteaga, USMJ

Honorable José Raúl Arteaga
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　　　:

　　v.　　　　　　　　　　　　　　　　:　　　　MAGISTRATE NO. 26-MJ-1678

CERTAIN PERSONS　　　　　　　　　:

## **MOTION TO IMPOUND COMPLAINT AND WARRANT**

The United States of America, by and through its attorneys, David Metcalf, United States

Attorney in and for the Eastern District of Pennsylvania, and Amanda R. Reinitz, Assistant

United States Attorney for that District, moves that the complaint, warrant and affidavit, and

corresponding docket entries in the within criminal proceeding be impounded, and, in support

thereof, alleges that if the existence and content of these documents are made public prior to the

arrest of the defendant there is the risk that the safety of victim/witnesses may be jeopardized,

that the ongoing investigation may be compromised, and that the defendant will flee, thereby

hindering the execution of the arrest warrant.

WHEREFORE, the government respectfully requests that this Court enter an

order directing that the complaint, warrant and affidavit, and corresponding docket entries, in the

above-mentioned case be IMPOUNDED and be retained in the custody of the Clerk of Court

until further order of the Court or until notified by the United States Attorney, or his

representative, that the defendant has been arrested, except for the two certified copies of the

warrant to be provided to the United States Marshal's Service and the Bureau of Alcohol,

Tobacco, Firearms, and Explosives.  The government further requests that the Clerk of Court be

directed to make no public docket entry of the sealed documents and motion and order to seal,

and to provide copies of all sealed documents only to Amanda R. Reinitz, Assistant United

States Attorney, until further order of the Court or until notified by the United States Attorney, or

his representative, that the defendant has been arrested.

Respectfully submitted,

DAVID METCALF
United States Attorney


 /s Amanda R. Reinitz
Amanda R. Reinitz
Assistant United States Attorney