

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Amanda R. Reinitz*
*Direct Dial: (215) 861-8496*
*Facsimile: (215) 861- 8618*
*E-mail Address:  amanda.reinitz@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

July 16, 2026

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    United States v. Vincent Lang 26-MJ-1378

Dear Clerk:

      Please unimpound the Complaint in regard to the above-captioned case.  The Complaint was filed on July 15, 2026.

      Very truly yours,

      DAVID METCALF
      United States Attorney


      */s Amanda R. Reinitz*
      AMANDA R. REINITZ
      Assistant United States Attorney